LAW OFFICES
# Purcell, Krug & Haller

HOWARD B. KRUG
LEON P. HALLER
JOHN W. PURCELL JR.
JILL M. WINEKA
LISA A. RYNARD

1719 NORTH FRONT STREET
HARRISBURG, PENNSYLVANIA 17102-2392
TELEPHONE (717) 234-4178
FAX (717) 236-6120

HERSHEY
(717) 533-3836

JOHN W. PURCELL (1924-2009)

JOSEPH NISSLEY (1910-1982)

March 7, 2017

Bankruptcy Court, Middle District of PA
Harrisburg, PA 17101

*Re: Change of address*

Dear Court Administrator:

In reference to Case Number 1-15-02914, Debtor, Edward W. Donbach, Jr., please update his address. His new address is:

> 304 State Road
> Marysville, PA 17053

Thank you.

Very truly yours,

/s/ Lisa A. Rynard
*Lisa A. Rynard*