```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 15-02914-HWV
Edward W Donbach, Jr                                                Chapter 13
        Debtor             CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman             Page 1 of 2             Date Rcvd: Jun 13, 2018
                              Form ID: fnldecnd           Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
```
db             +Edward W Donbach, Jr,   304 State Road,    Marysville, PA 17053-1221
4682306        +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4672313        +Bk Of Amer,   P.O. Box 17054,    Wilmington DE 19884-0001
4672315        +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,    Camp Hill PA 17011-6943
4672317        +Chase Card,   Po Box 15298,    Wilmington DE 19850-5298
4672319        +Dauphin County District Attorney,    101 Market Street,    Harrisburg PA 17101-2028
4672320        +Dauphin County Tax Claim Bureau,    Dauphin County Administration Bldg,    2 South Second Street,
                 Harrisburg PA 17101-2047
4672321        +David J. Apothaker, Esquire,    520 Fellowship Road Ste C306,    PO Box 5496,
                 Mount Laurel NJ 08054-5496
4672323        +ERB Wholesalers, Inc.,   7805 Allentown Boulevard,    Harrisburg PA 17112-3707
4672324        +Gm Financial,   Po Box 181145,    Arlington TX 76096-1145
4672327        +KML Law Group PC,   Ste 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
4672326        +Kazlow & Fields, LLC,   8100 Sandpiper Circle,    Suite 204,    Baltimore MD 21236-4999
4672332        +Riernatbnk,   200 Front Street,    Marysville PA 17053-1412
4718068        +Riverview Bank, f/k/a First National Bank of Marys,    200 Front Street,    P.O. Box B,
                 Marysville, PA 17053-0017
4672334        +Robert G. Radebach, Esquire,    912 River Road North,    Halifax PA 17032-9543
4694050        +Serratelli, Schiffman & Brown, P.C.,    c/o Tracy L. Updike, Esq.,
                 2080 Linglestown Road, Suite 201,    Harrisburg, PA 17110-9670
4672335        +Tracy L. Updike, Esquire,   2080 Linglestown Road Ste 201,    Harrisburg PA 17110-9670
4672336        +Travelers Casualty & Surety Company,    770 Pennsylvania Drive,    Suite 110,
                 Exton PA 19341-1186
4683978        +Travelers Surety & Casualty Co of America,    Kazlow & Fields,    8100 Sandpiper Cir Ste 204,
                 Baltimore MD 21236-4999
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4672316         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 18:57:07
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond VA 23238
4684140         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 18:56:51
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4672318        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 13 2018 18:59:27     Credit Coll,
                 Po Box 9134,    Needham MA 02494-9134
4673972         E-mail/Text: mrdiscen@discover.com Jun 13 2018 18:58:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4672322        +E-mail/Text: mrdiscen@discover.com Jun 13 2018 18:58:58     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington DE 19850-5316
4672325         E-mail/Text: cio.bncmail@irs.gov Jun 13 2018 18:59:00     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
4713606         E-mail/Text: camanagement@mtb.com Jun 13 2018 18:59:05     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
4672330         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 18:59:08     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
4709244         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 18:57:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4672331        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 18:57:26
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk VA 23502-4952
4672333        +E-mail/Text: wvanolden@riverviewbankpa.com Jun 13 2018 18:59:27     Riverview Bank,
                 200 Front Street,    Marysville PA 17053-1412
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4672311          1-15-02914-mdf
cr*            +Riverview Bank, f/k/a First National Bank of Marys,    200 Front Street,    P.O. Box B,
                 Marysville, PA 17053-0017
4672328*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    80 Holtz Drive,    Cheektowaga NY 14225)
4672312        ##+Anngelia C. Lenker,    755 Valley Street,    Marysville PA 17053-9781
4672314        ##+Bradley L. Lenker,    755 Valley Street,    Marysville PA 17053-9781
4672329        ##+Michael F. Ratchford, Esquire,    Edwin A. Abrahamsen & Associates,    120 North Keyser Avenue,
                 Scranton PA 18504-9701
                                                                                      TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa A Rynard    on behalf of Debtor 1 Edward W Donbach, Jr lrynard@pkh.com,
           rwhitfield@pkh.com;aburd@pkh.com
          Robert G. Radebach    on behalf of Creditor   Riverview Bank, f/k/a First National Bank of
           Marysville, a Division of Riverview National Bank RobRadebachatty@aol.com, Missyswartz51@aol.com
          Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward W Donbach Jr, | Chapter  13 |
| **Debtor 1** | Case No.  1:15–bk–02914–HWV |

Social Security No.:
xxx–xx–7504

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Edward W Donbach Jr** in accordance with §1328 of the Bankruptcy Code.

Dated: June 13, 2018

By the Court,

*[signature]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

**fnldec** (05/18)